Entered: July 29th, 2020
Signed: July 28th, 2020
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| In Re: | * |
| MOUNA LAGRAOUI | *    Case No. 19-20483-LSS |
| |         (Chapter 7) |
| | * |
| Debtor. | |
| | * |

### ORDER ON TRUSTEE'S MOTION TO COMPEL DEBTOR
### TO TURN OVER AND VACATE PROPERTY OF THE ESTATE

Upon the Motion (the "Motion") by Cheryl E. Rose, Chapter 7 Trustee (the "Trustee") to compel the Debtor to vacate and turn over certain estate property, and any opposition thereto, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED that the Motion be and is hereby GRANTED, and it is further

ORDERED that, within fourteen (14) days following the entry of this Order, the debtor and any occupants shall vacate the real property located at 11860 Little Seneca Parkway, Unit # 1261, Clarksburg, Maryland, 20871 (the "Property"), and shall deliver to the Trustee all keys to such property in the manner requested by the Trustee, and it is further

ORDERED that, if the Debtor and/or the occupants fail to vacate the Property, the Trustee may provide a copy of the present order to the United States Marshals Service as a Writ of Assistance, and the United States Marshals Service shall thereafter take such steps as are necessary

2

to evict all occupants from the Property as soon as is reasonably possible and to use reasonable force, if necessary, to remove the Debtor, the occupants and any personal property therein, with such personal property being placed at the closest curb; and it is further

ORDERED that upon the Debtor's failure to comply with the terms of this Order, the Trustee may also seek appropriate sanctions for contempt of this Order.

cc:

Trusteerose@aol.com
Jhoffman@offitkurman.com

Ms. Mouna Lagraoui
11860 Little Seneca Parkway
Clarksburg, MD 20871

United States Trustee

**END OF ORDER**

4819-0014-2271, v. 1